1  McGREGOR W. SCOTT
   United States Attorney
2  KYLE F. REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2782



FILED

AUG 1 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

5           IN THE UNITED STATES DISTRICT COURT

6          FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,         )
                                     )  MAG. NO. 08-MJ-274 KJM
9           Plaintiff,               )
                                     )  APPLICATION AND ORDER
10     v.                            )  FOR UNSEALING COMPLAINT
                                     )
11 ZI LEI, and DE YANG,              )
                                     )
12          Defendants.              )
                                     )
13 _____)

   On August 11, 2008, a complaint was filed in the above-referenced case. Since one of the defendants has now been arrested, it is no longer necessary for the complaint to be sealed. The government respectfully requests that the complaint and attached affidavit be unsealed.

   DATED: August 14, 2008            McGREGOR W. SCOTT
                                     United States Attorney

                                     By /s/ Kyle Reardon
                                        KYLE F. REARDON
                                        Assistant U.S. Attorney

                        **ORDER**

   IT IS SO ORDERED:
   DATED: 8/14/08                    /s/ Dale A. Drozd
                                     DALE A. DROZD
                                     United States Magistrate Judge

                            1