1  McGREGOR W. SCOTT
   United States Attorney
2  KYLE F. REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2782



FILED
AUG 1 4 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )  MAG. NO. 08-MJ-274 KJM
           Plaintiff,            )
                                 )  APPLICATION AND ORDER
     v.                          )  FOR UNSEALING COMPLAINT
                                 )
ZI LEI, and DE YANG,             )
                                 )
           Defendants.           )
_____)

On August 11, 2008, a complaint was filed in the above-referenced case. Since one of the defendants has now been arrested, it is no longer necessary for the complaint to be sealed. The government respectfully requests that the complaint and attached affidavit be unsealed.

DATED: August 14, 2008          McGREGOR W. SCOTT
                                United States Attorney

                            By  /s/ Kyle Reardon
                                KYLE F. REARDON
                                Assistant U.S. Attorney

                                **ORDER**

IT IS SO ORDERED:
DATED:  8/14/08                 /s/ Dale A. Drozd
                                DALE A. DROZD
                                United States Magistrate Judge

1