UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
October 28, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08CR00391-GEB-04 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| ZI LEI, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ZI LEI__ , Case No. __2:08CR00391-GEB-04__ , Charge __21USC § 941(a)(1), 846__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

 __ Release on Personal Recognizance

 ✔ Bail Posted in the Sum of $ __475,000.00__

   __ Unsecured Appearance Bond

   __ Appearance Bond with 10% Deposit

   __ Appearance Bond with Surety

   __ Corporate Surety Bail Bond

 ✔ (Other)   __Pretrial conditions as stated on the record.__

Issued at __Sacramento, CA__ on __October 28, 2008__ at __1:00 pm__ .

By  /s/ Gregory G. Hollows
   Gregory G. Hollows
   United States Magistrate Judge

Copy 5 - Court