UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                              )<br>             Plaintiff,                          )<br>v.                                                        )<br>                                                              )<br>ZI LEI,                                                )<br>                                                              )<br>             Defendant.                      ) | Case No. 2:08CR00391-GEB-04<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

FILED
October 28, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ZI LEI__ , Case No. __2:08CR00391-GEB-04__ , Charge __21USC § 941(a)(1), 846__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __  Release on Personal Recognizance

   ✔  Bail Posted in the Sum of $ __475,000.00__

   __  Unsecured Appearance Bond

   __  Appearance Bond with 10% Deposit

   __  Appearance Bond with Surety

   __  Corporate Surety Bail Bond

   ✔  (Other)        __Pretrial conditions as stated on the record.__

Issued at __Sacramento, CA__ on __October 28, 2008__ at __1:00 pm__ .

By   /s/ Gregory G. Hollows
      Gregory G. Hollows
      United States Magistrate Judge

Copy 5 - Court